United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LUZ BARRUETA | § § § | |
| VS. | § § | CIVIL ACTION NO. 7:22-CV-114 |
| UNITED STATES OF AMERICA | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING RELIEF

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Luz Barrueta's Petition for Writ of Coram Nobis. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 6 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Report and Recommendation of United States Magistrate Judge Nadia S. Medrano, is of the opinion that the "Motion for Writ of Coram Nobis" should be **DENIED** and that this action should be **DISMISSED**.

The Clerk shall send a copy of this Order to counsel for the parties.

  SO ORDERED September 9, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge